MARIA TERESA ANTOINETTE HOMOLA v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK and IRVIN F. DILLON, as Temporary Administrator, etc.,

of EUGENE SCHAAF REGELMAN, Deceased.— Motion for reargument denied without prejudice to a motion at Special Term by The Chase National Bank for the return of the certificates of stock to its custody. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.